In the Matter of the Application of ARTHUR H. MARKS, Appellant, for the Appointment of an Arbitrator to Act in Behalf of LYDIA LOCKE DOENBLASER, Respondent, Pursuant to Section 4 of the Arbitration Law of the State of New York and Pursuant to an Agreement, etc., between Said Marks and Dornblaser.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell and Burr, JJ., dissent.